UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICIA SLATTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | **CASE NO. 5:23-CV-447-M** |
| FRANK BISIGNANO, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the Plaintiff's motion [DE 25] as follows. Plaintiff's counsel, Laura Beth Waller, is awarded fees under 42 U.S.C. § 406(b) in the gross amount of $23,081.50 (or 25% of Plaintiff's past-due benefits, whichever is less). Ms. Waller must refund to the Plaintiff the $8,000.00 awarded by the court under the Equal Access Justice Act, 28 U.S.C. § 2412 *(see* Order, DE 23), in partial satisfaction of the § 406(b) award. This leaves a net amount of $15,081.50 due to Ms. Waller.

This Judgment filed and entered on September 17, 2025, and copies to:

| | |
|---|---|
| Laura Beth Waller | (via CM/ECF electronic notification) |
| Joel L. Johnson | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |
| Thomas Paul Zimarowski | (via CM/ECF electronic notification) |
| Wanda Mason | (via CM/ECF electronic notification) |

September 17, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk